IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

GERALD BARBER,

     Plaintiff,

v.                              CIVIL ACTION NO. 1:19-00489

WARDEN C. MARUKA,

     Defendant.


**MEMORANDUM OPINION AND ORDER**

     By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation ("PF&R") on March 8, 2022, in which he recommended that the district court deny plaintiff's petition under 28 U.S.C. § 2241 and remove this matter from the court's docket.

     In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

     The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the

required time period.  Having reviewed the Findings and

Recommendation filed by Magistrate Judge Aboulhosn, the court

adopts the findings and recommendations contained therein.

Accordingly, the court hereby **DENIES** plaintiff's petition under

28 U.S.C. § 2241 and directs the Clerk to remove this case from

the court's active docket.

Additionally, the court has considered whether to grant a

certificate of appealability.  See 28 U.S.C. § 2253(c).  A

certificate will not be granted unless there is "a substantial

showing of the denial of a constitutional right."  28 U.S.C. §

2253(c)(2).  The standard is satisfied only upon a showing that

reasonable jurists would find that any assessment of the

constitutional claims by this court is debatable or wrong and

that any dispositive procedural ruling is likewise debatable.

Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v.

McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,

683-84 (4th Cir. 2001).  The court concludes that the governing

standard is not satisfied in this instance.  Accordingly, the

court **DENIES** a certificate of appealability.

The Clerk is directed to forward a copy of this

Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 14th day of July, 2022.

ENTER:

David A. Faber
Senior United States District Judge

2